IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Thomas B. McNamara

In re:

Kent Gene Sprague

Debtor(s).

Case No. 25-14061-TBM

Chapter 13

### ORDER REGARDING INTENDED AMENDED CHAPTER 13 PLAN AND CONFIRMATION STATUS REPORT

THIS MATTER comes before the Court on Debtor(s)' Confirmation Status Report filed on **8/27/2025** and the Debtor(s)' intention to resolve objections by filing an Amended Chapter 13 Plan. The Court ORDERS:

1. Confirmation of all previously-filed Chapter 13 Plans is DENIED.

2. By **9/17/2025**, the Debtor(s) must: (a) file an Amended Chapter 13 Plan; (b) file and serve a notice in substantial conformity to L.B.F. 3015-1.2 (including the objection deadline and information regarding how to participate in the hearing); and (c) file and serve any required amended Schedules to support the Amended Chapter Plan. Service must be made to the Chapter 13 Trustee and Previous plan objectors, parties requesting notice, all creditors holding secured and unsecured priority claims, all adversely affected parties, any creditor added to the list of creditors who did not previously receive notice, and other parties designated in the Confirmation Status Report. After completion of service of the foregoing documents, the Debtor(s) must file a certificate of service showing proper service.

3. All pending objections are deemed MOOT. Any party who wishes to object to a future plan must file a new objection by **10/15/2025.**

4. If objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Confirmation Status Report pursuant to L.B.R. 3015-1(e) and in substantial conformity with L.B.F. 3015-1.4. If no objections to the Amended Chapter 13 Plan are filed, the Debtor(s) must file a Verification of Confirmable Plan pursuant to L.B.R. 3015-1(d) and in substantial conformity with L.B.F. 3015-1.3. Either a Verification of Confirmable Plan or a Confirmation Status Report must be filed by **10/22/2025.**

5. The previously scheduled confirmation hearing is VACATED. The Court will conduct a non-evidentiary confirmation hearing on a trailing docket on the Amended Chapter 13 Plan (to be filed and served as set forth below) and any objections:

    • **10/29/2025 at 10:30 a.m.**

    • Courtroom E, U.S. Custom House, 721 19th Street, Denver, CO 80202

    Counsel and/or parties may appear in person or by telephone at the hearing held by Judge Thomas B. McNamara. If counsel and/or parties elect to participate by telephone, all telephonic participants will call the Court at: 1-833-568-8864 or 1-833-435-1820 immediately prior to the time of the scheduled hearing. Enter the Meeting ID: 160 248 1883, press # when prompted to enter participant ID. The Court strongly recommends use of a land line if appearing by phone. Please stay on the line until the Court operator takes the roll call and the hearing begins. The Court will not contact parties by telephone. If a party has not called in to the conference line or is not present in Court, it will be deemed a failure to appear. Failure to connect to the

    conference call line in a timely manner may preclude your participation in the hearing. In the event you are otherwise unable to connect after following the instructions provided above, please call the Clerk's Office at 720-904-7300, and leave a name, case number and a telephone number where you can be reached, and the Court will return the call.

6. If the Debtor(s) fail to timely file and serve the required documents, such failure will be deemed cause for denial of confirmation and dismissal without further notice or hearing.

Dated: August 28, 2025

BY THE COURT:

s/ Thomas B. McNamara

Thomas B. McNamara,
Bankruptcy Judge